RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Christian Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>CHRISTIAN CONTRERAS,<br><br>              Defendant. | Case No. 2:16-cr-00044-JCM-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Christian Contreras, that the Preliminary Hearing currently scheduled on December 4, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing. DATED this 3rd day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brandon C. Jaroch<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ Brian Whang<br>BRIAN WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN CONTRERAS,<br><br>　　　　Defendant. | Case No. 2:16-cr-00044-JCM-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for Friday, December 4, 2020 at 1:00 p.m., be vacated and continued to Monday, December 21, 2020, at the hour of 10:00 a.m., in courtroom 3C.

　　　DATED this 3rd day of December, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3