RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Christian Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN CONTRERAS,<br><br>Defendant. | Case No. 2:16-cr-00044-JCM-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Christian Contreras, that the Preliminary Hearing currently scheduled on December 21, 2020, be vacated and continued to January 21, 2021, at 1:00 p.m.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case, review discovery, and prepare for the preliminary hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the second request for a continuance of the preliminary hearing.

2  DATED this 17th day of December, 2020.

3

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ *Brian Whang*<br>BRIAN WHANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTIAN CONTRERAS,<br><br>        Defendant. | Case No. 2:16-cr-00044-JCM-CWH<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for Monday, December 21, 2020, at 10:00 a.m., be vacated and continued to Friday, January 22, 2021, at 1:00 p.m., in courtroom 3C before Magistrate Judge Nancy J. Koppe.

    DATED this 17th day of December, 2020.

                                                    HONORABLE NANCY J. KOPPE<br>                                                    UNITED STATES MAGISTRATE JUDGE