RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON. C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_jaroch@fd.org

Attorney for Christian Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CHRISTIAN CONTRERAS,<br><br>            Defendant. | Case No. 2:16-cr-00044-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Christian Contreras, that the Revocation Hearing currently scheduled on February 5, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to conduct investigation in this case.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 15th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN CONTRERAS,<br><br>　　　　Defendant. | Case No. 2:16-cr-00044-JCM-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, February 5, 2021, at 10:00 a.m., be vacated and continued to  April 30, 2021   at the hour of 10:00 a.m.

　　　DATED January 22, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3