UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTIAN CONTRERAS,<br><br>      Defendant. | Case No. 2:16-cr-00044-JCM-BNW-1<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Friday, December 30, 2022 at 10:00 a.m., be vacated and continued to January 9, 2023 at 2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

     DATED this  29  day of December, 2022.

                                                     _____

                                                     UNITED STATES MAGISTRATE JUDGE

3