RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Christian Contreras

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN CONTRERAS,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00044-JCM-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Christian Contreras, that the Revocation Hearing currently scheduled on January 23, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defendant Christian Salvador Contreras was formally indicted in a new federal case on December 13, 2022.[1]  He is charged with one count of Carjacking in violation of 18

---

[1] EM/CEF 2:22-CR-00278-CDS-DJA-1.

1  U.S.C. § 2119, one count of Discharging a Firearm During and in Relation to a Crime of
2  Violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii), and one count of Prohibited Person in
3  Possession of a Firearm in violation of 18 U.S.C. § 922(g).[2]

4    2. A Superceding Indictment was filed on January 4, 2023[3] and the arraignment[4]
5  for said Indictment was held on January 11, 2023 before the Honorable Magistrate Judge Nancy
6  J. Koppe.

7    3. Defense counsel and Mr. Contreras need additional time to review the discovery
8  in the new case, investigate the case, develop a trial strategy, and discuss all constitutional rights
9  related to both the trial and the final revocation hearing.

10    4. The defendant is in custody and agrees with the need for the continuance.

11    5. The parties agree to the continuance.

12  This is the first request for a continuance of the revocation hearing.

13  DATED this 19th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

---

[2] EM/CEF 2:22-CR-00278-CDS-DJA-1, Doc. 1.

[3] EM/CEF 2:22-CR-00278-CDS-DJA-1, Doc. 17.

[4] EM/CEF 2:22-CR-00278-CDS-DJA-1, Doc. 20.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN CONTRERAS,<br><br>　　　　Defendant. | Case No. 2:16-cr-00044-JCM-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 23, 2023 at 10:30 a.m., be vacated and continued to **April 24, 2023 at 10:00 a.m**.; or to a time and date convenient to the court.

DATED January 20, 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE