**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

Attorney for Christian Contreras

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00044-JCM-BNW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| CHRISTIAN CONTRERAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Richard Tanasi, newly appointed counsel for Defendant Christian Contreras, that that the Revocation Hearing currently scheduled on October 23, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days from January 8, 2024, which is the jury trial date for his new criminal case. (*See* EM/CEF 2:22-CR-00278-CDS-DJA-1; Doc. 46)

This Stipulation is entered into for the following reasons:

1)      Defendant Christian Contreras was formally indicted in a new federal case on December 13, 2022. (*See* EM/CEF 2:22-CR-00278-CDS-DJA-1.) He is charged with one count of Carjacking in violation of 18 U.S.C. § 2119, one count of Discharging a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii),

1  and one count of Prohibited Person in Possession of a Firearm in violation of 18 U.S.C. §

2  922(g). (*Id*., Doc. 1.)

3      2)      A Superseding Indictment was filed on January 4, 2023 (*Id*., Doc. 17.)  and the

4  arraignment for said Indictment was held on January 11, 2023 before the Honorable

5  Magistrate Judge Nancy J. Koppe. (*Id*., Doc. 20.)  New counsel Richard Tanasi was appointed

6  on August 15, 2023. (*Id*., Doc. 41.)  The trial in this pending case has been continued to

7  January 8, 2024. (*Id*., Doc. 46.)

8      3)  A new counsel Richard Tanasi was also appointed in this instant case on August

9  28, 2023.  (*See* Doc. 99).

10     4)  Defense counsel requires additional time to receive the file from the prior counsel,

11  review the discovery, investigate the case, develop a trial strategy, and discuss all

12  constitutional rights related to both the trial and the final revocation hearing.

13     5)  The defendant is incarcerated and does not object to continuance.

14     6)  The parties agree to the continuance.

15     7)  The additional time requested herein is not sought for purposes of delay.

16

17      DATED this 1st day of September 2023.

18  TANASI LAW OFFICES                          JASON M. FRIERSON
                                                United States Attorney
19
    By */s/ Richard Tanasi*                     By */s/ Alisson Reese*
20  RICHARD TANASI, ESQ.                        ALLISON REESE
    Counsel for Defendant                       Assistant United States Attorney
21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00044-JCM-BNW-1 |
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTIAN CONTRERAS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, October 23, 2023, at 10:30 a.m., be vacated and continued to **January 29, 2024, at 10:00 a.m.**

DATED September 6, 2023.

_____

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3